IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02786

DAVID ULERY,

    Plaintiff,

v.

HAPPY PANDA, INC., a North Carolina Corporation, and
ROBERT SELFORS, individually, and in his official capacity as president of Happy Panda, Inc.

    Defendants.

---

### NOTICE OF RELATED OF ACTIONS

In accordance with Local Rule 3.2, I certify that the instant action:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

- Rozzi v. Selfors et all 3:23-cv-033663-RK-DEA (Open)
    - District Court of New Jersey
    - District Judge: Robert Andrew Kirsch
    - Magistrate Judge: Douglas E. Arpet
    - Relation: Violation of the Telephone Consumer Protection Act

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

DATED October 24, 2023

    Respectfully submitted,

    */s/ James Wertheim*
    James Wertheim
    LawHQ, PC
    29476 Gates Mills Blvd
    Pepper Pike, OH 44124
    385-285-1090
    jim@lawhq.com

    *Lead Attorney for Plaintiff*