| | |
|---|---|
| District Court of Colorado<br>N/A | ▲ COURT USE ONLY ▲<br><br>Case No.: 1:23-cv-02786 |
| Plaintiff(s) / Petitioner(s): **David Ulery**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Happy Panda, Inc, Robert Selfors** | |
| **AFFIDAVIT OF NONSERVICE** | |

I, Jesus Rodriguez, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve Robert Selfors as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: November 3, 2023 6:43 pm
Address: 1809 Capstone Dr, Durham, NC 27713
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=35.8692893,-78.9408493
Description of attempt: African American woman with black hair, about 5'8", 150-180lbd opened the door. She stated that Mr. Selfors does not live there. She stated she has lived at this address for about 2 years and sometimes mail comes for him but she always returns the mail. I asked her if she could provide her name but she refused.

Serve Attempt #2
Date / Time: November 4, 2023 3:48 pm
Address: 5 Laurel Leaf Ct. , Durham, NC 27703
Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=35.9325258,-78.8244418
Description of attempt: An Indian man, about 6ft tall, 180-190lbs black hair, with accent stated that Mr. Selfors used to rent at this address. He also stated that Sheriff's have stopped by looking for Mr. Selfors as well. The gentleman stated last thing he remembers is seeing him working as a Bischop at Briar Creek fellowship. Online, it appears that he is the pastor at that church.

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in Cumberland County, NC on 11/7/2023.

/s/ *Jesus Rodriguez*

Signature
Jesus Rodriguez
+1 (919) 356-0944





