IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02786-NYW-MBD

DAVID ULERY,

    Plaintiff,

v.

HAPPY PANDA, INC., a North Carolina Corporation, and
ROBERT SELFORS, individually, and in his official capacity as president of Happy Panda, Inc.

    Defendants.

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Ulery gives notice that he is voluntarily dismissing his claims in this matter against Defendants Happy Panda, Inc., and Robert Selfors (collectively "Defendants") without prejudice. Defendants have not served an answer or a motion for summary judgment. Accordingly, Plaintiff notices the voluntary dismissal of the action. See FED. R. CIV. P. 41(a)(1)(B)

DATED March 22, 2024

    Respectfully submitted,

*/s/ James Wertheim*
James Wertheim
LawHQ, PC
29476 Gates Mills Blvd
Pepper Pike, OH 44124
385-285-1090
jim@lawhq.com

*Attorney for Plaintiff*

1